J.M. IRIGOYEN #177626
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

(559) 233-3333

Attorney for Defendant
DEREK PITRE

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 1:10-cr-00208 LJO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | Next Hearing: Aug 13, 2010 at 8:45 a.m. |
| DEREK PITRE, | ) | |
| Defendant. | ) ) | |

* * * *

It is stipulated and agreed between the parties that the status conference currently set for July 23, 2010, be continued to August 13, 2010. The continuance is necessary due to the voluminous nature of the evidence to be reviewed. Detective Dodd of the Clovis Police Department has graciously allowed the Defense access to the evidence, but review of all the evidence will take several visits to the police department. A complete review of the evidence is necessary to adequately prepare and investigate Defendant's case.

1

1   The parties agree that the delay resulting from the

2   continuance shall be excluded in the interests of justice,

3   including but not limited to, the need for the period of

4   time set further herein for effective defense preparation

5   and the resolution of pre-trial motions that are pending

6   pursuant to 18 U.S.C. §§ 3161(h)(l)(F), 3161(h)(8)(A) and

7   3161 (h)(8)(B)(I) to and through **August 13**, 2010.

8        I hereby agree to the above stipulation.

9   Dated: 7.21.10

10                          /s/J.M. Irigoyen
                            J.M. Irigoyen

11

12       I hereby consent to the above stipulation.

     DATED: 7.21.10

13

14                          /s/David L. Gappa
                            David L. Gappa
15                          Assistant U.S. Attorney

16                              ORDER

17

18       The court hereby grants the parties' stipulation and

     continues the status conference to August 13, 2010 at 8:45

19   a.m.(time change due to the nature of the case). Time is

20   excluded in the interests of justice pursuant to 18 U.S.C.

21   §§ §§ 3161(h)(l)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

22   Counsel should be in a position to ACCOMPLISH something at

23   the next status conference, such as a possible plea or

24   setting a trial date.

25   IT IS SO ORDERED.

26   **Dated:   July 22, 2010**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE
27

28