IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  | CASE NO. CR F 10-0208 LJO |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| vs. | |
| DEREK JEROME PITRE, | |
| Defendant. | |
| _____/ | |

Defendant Derek Jerome Pitre ("Mr. Pitre") is scheduled to be sentenced on February 11, 2011. United States Pretrial Services has requested a two-week continuance to that sentencing date based on Mr. Pitre's counsel's failure to appear at two pre-arranged meetings between pretrial services, Mr. Pitre, and his counsel. Mr. Pitre, his counsel, Jean Irigoyen ("Mr. Irigoyen"), and pretrial services were scheduled to meet at the Fresno County jail for a pre-sentencing report interview on December 16, 2010. Mr. Irigoyen failed to appear to that interview without explanation. Mr. Irigoyen failed to appear for a similarly-scheduled interview on December 22, 2010 without explanation. Mr. Irigoyen's failure to appear at these interviews has caused pretrial services to waste their time, and then to request a two-week continuance.

For good cause appearing, this Court ORDERS Mr. Irigoyen to show cause in writing, **no later than January 3, 2011**, why this Court should not impose sanctions for his repeated failure to appear at the pre-scheduled pre-sentencing report interviews.

IT IS SO ORDERED.

**Dated:    December 22, 2010**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1