IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 10-0208 LJO |
| Plaintiff, | **ORDER TO DISCHARGE SHOW CAUSE ORDER** |
| vs. | |
| DEREK JEROME PITRE, | |
| Defendant. | |
| _____ / | |

Defense counsel Jean Irigoyen ("Mr. Irigoyen") responded to this Court's show cause order in writing to address his failure to appear to two pre-sentencing report interviews, which caused pretrial services to request a two-week continuance. Mr. Irigoyen acknowledged his failure to attend the interviews and has suggested ways to address the technical difficulties he experienced in scheduling his matters. The Court ADMONISHES Mr. Irigoyen that further actions that cause delay impermissibly in this action shall result in sanctions. For good cause appearing, this Court DISCHARGES the December 22, 2010 show cause order.

IT IS SO ORDERED.

**Dated:    December 23, 2010**              /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE

1