BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CR-00208-LJO |
| ) Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| DEREK. J. PITRE, ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Derek J. Pitre, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Derek J. Pitre's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a.  1 Hewlett Packard Pavilion laptop computer,
       Model DV-7, 1245 DX, serial # CND85101XF;

   b.  1 Hewlett Packard Pavilion laptop computer,
       serial #CNF9380XGK;

   c.  1 Iomega external hard drive,
       Model Barracuda 7200, serial #6VP0AH42;

///

1
2
3            d.   Compact discs, hard drives, or
                  other storage devices containing visual
                  depictions of minors engaged in sexually
                  explicit conduct.

4     2.   The above-listed property constitutes property which
5  contains visual depictions possessed, transported, shipped, or
6  received, in violation of 18 U.S.C. §§ 2252(a)(2)or was used or
7  intended to be used in any manner or part to commit and to promote
8  the commission of the aforementioned violation, all in violation of
9  18 U.S.C. § 2253.
10    3.   Pursuant to Rule 32.2(b), the Attorney General (or a
11 designee) shall be authorized to seize the above-listed property.
12 The aforementioned property shall be seized and held by the United
13 Department of Homeland Security, Immigration Customs Enforcement or
14 Customs and Border Protection, in its secure custody and control.
15    4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21
16 U.S.C. § 853(n), and Local Rule 171, the United States shall publish
17 notice of the order of forfeiture.  Notice of this Order and notice
18 of the Attorney General's (or a designee's) intent to dispose of the
19 property in such manner as the Attorney General may direct shall be
20 posted for at least 30 consecutive days on the official internet
21 government forfeiture site www.forfeiture.gov.  The United States may
22 also, to the extent practicable, provide direct written notice to any
23 person known to have alleged an interest in the property that is the
24 subject of the order of forfeiture as a substitute for published
25 notice as to those persons so notified.
26         b.   This notice shall state that any person, other than
27 the defendant, asserting a legal interest in the above-listed
28 property, must file a petition with the Court within sixty (60) days

1 from the first day of publication of the Notice of Forfeiture posted
2 on the official government forfeiture site, or within thirty (30)
3 days from receipt of direct written notice, whichever is earlier.
4     5.   If a petition is timely filed, upon adjudication of all
5 third-party interests, if any, this Court will enter a Final Order of
6 Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will
7 be addressed.

11 **IT IS SO ORDERED.**
12 **Dated:   February 8, 2011**          /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE